Fred C. Best, Receiver, defendant in error, v. George Hughes and Jean Willson Hughes, plaintiffs in error. Gen. No. 33,673.

Opinion filed January 6, 1930.

Harry C. Kinne, for plaintiffs in error. F. F. & J. V. Norcross, for defendant in error; J. V. Norcross, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Stanley Waranowski, plaintiff in error. Gen. No. 33,683.

Opinion filed January 6, 1930.

Louis Greenberg and Eugene C. O'Reilly, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Harold Fandorf, by Walter Fandorf, his father and next friend, defendant in error, v. Lawrence Quirici and The Whistle Bottling Company, defendants, on writ of error of Lawrence Quirici, plaintiff in error. Gen. No. 33,689.

Opinion filed January 6, 1930.

Meek & McDonald, for plaintiff in error. Daniel M. Dever and James T. Moore, for defendant in error; Daniel V. Gallery, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v Mary Stefaniuk, plaintiff in error. Gen. No. 33,719.

Opinion filed January 6, 1930.

F. H. Novak, for plaintiff in error. John A. Swanson, State's Attorney, for defendant in error; Edward E. Wilson and John Holman, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.